IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25cr590-MHT-CWB |
| | ) | [18 U.S.C. § 2261A] |
| JOSHUA MICHAEL RICHARDSON | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Interstate Stalking)

On or about August 19, 2025, through on or about August 28, 2025, in Chilton County,

within the Middle District of Alabama, and elsewhere, the defendant,

JOSHUA MICHAEL RICHARDSON,

traveled in interstate commerce from Chilton County, Alabama to Orange County, California with

the intent to kill, injure, or harass another person, namely the members of the community of

S.M.A., and in the course of and as a result of such travel placed that person in reasonable fear of

the death of, and serious bodily injury to, members of that community, and caused or would be

reasonably expected to cause substantial emotional distress to members of that community, in

violation of Title 18, United States Code, Section 2261A.

A TRUE BILL:

_____
Foreperson

_____
KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

_____
Joel Feil
Assistant United States Attorney